

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00338-CR

VERNON CHRIS SHELTON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 46th District Court
Hardeman County, Texas
Trial Court No. 4272, Honorable Dan Mike Bird, Presiding

October 21, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Vernon Chris Shelton, appealed four convictions for the offense of aggravated assault with a deadly weapon. Appellant was sentenced to confinement in the Institutional Division of the Texas Department of Criminal Justice for a term of 15 years for Count I; 5 years for Count II; 5 years for Count III; and 5 years for Count IV. The terms of confinement for Counts II, III, and IV were suspended, and appellant was placed on community supervision for a term of 5 years. Each of the sentences will run

concurrently. On October 13, 2015, appellant's counsel filed a Motion to Dismiss Appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.